ADERHOLT v. A. M. CASTLE CO.

No. 277P00

Case below: 137 N.C.App. 718

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000.

ANDERSON v. DEMOLITION DYNAMICS, INC.

No. 126P00

Case below: 136 N.C.App. 603

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

CATERSON v. BRETAN

No. 255P00

Case below: 137 N.C.App. 772

Motion by plaintiff to withdraw petition for discretionary review allowed 21 June 2000.

GREENE v. FIRST BANK

No. 134P00

Case below: 136 N.C.App. 670

Motion by appellee to dismiss the appeal for lack of substantial constitutional question allowed 26 June 2000. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 June 2000.

HIXSON v. KREBS

No. 46P00

Case below: 136 N.C.App. 183

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 June 2000.